UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re | Chapter 13 |
| Tamara Y. Cantrell | Case No. 17-26251-svk |
| Reginald Wise and Barbara Wise | Case No. 17-29743-svk |
| Laquanda P. Lee | Case No. 17-30341-svk |
| Kevin Williams | Case No. 17-31103-svk |
| Charles H. Wasinack | Case No. 18-20106-svk |
| Daniel Hibbard and Kristina Hibbard | Case No. 18-20345-svk |
| David M. Weidemann and Dawn L. Weidemann | Case No. 18-20447-svk |
| Sam Dudley | Case No. 18-21055-svk |
| Ayesh M. Ayesh | Case No. 18-21138-svk |
| Marshall E. Wells | Case No. 18-21440-svk |
| Amanda Baker and Jeffery Baker, Debtors. | Case No. 18-21671-svk |

## ORDER TO SHOW CAUSE
## AND NOTICE OF HEARING

In all of the above-captioned cases, the Court has determined that counsel for the Debtors, Attorney Richard A. Check, has filed a version of a Notice and Request to Amend Unconfirmed Chapter 13 Plan with a certification page that contains the electronic signature of a paralegal: "/s/: Samuel Check," "Paralegal to Attorney Richard A. Check" or "/s/: Justine Swenson," "Paralegal to Attorney Richard A. Check." Attorney Check's electronic signature appears below the paralegal's signature. A Chapter 13 plan cannot be signed by a non-attorney paralegal on behalf of a Debtor, and the execution of a Chapter 13 plan on behalf of a client constitutes the practice of law.

This violation of the Wisconsin Supreme Court Rules is only one example of the numerous errors in many of Attorney Check's cases. For example, Attorney Check's office has filed Amended Plans that are missing the certification page altogether, and in one case, Attorney Check's office filed a Form 2831 signed by the Debtor certifying that she had completed all of her plan payments, when the plan had not yet been confirmed.

IT IS THEREFORE ORDERED: Richard A. Check, Samuel Check, and Justine Swenson must appear in person at a hearing on **June 19, 2018 at 9:45 a.m.** at the United States Courthouse, 517 East Wisconsin Avenue, Room 167, Milwaukee, Wisconsin to show cause as to why sanctions should not be imposed for the apparent violation of Wisconsin Supreme Court Rules 23.01 and 23.02 for a non-attorney signing the certification pages of the Amended Plans in these cases and for the other continuing and severe clerical errors in Attorney Check's cases. This hearing will not be canceled even if appropriately executed documents are submitted prior to the hearing.

Dated: June 8, 2018

By the Court:

*Susan Kelley*
Susan V. Kelley
Chief U.S. Bankruptcy Judge